United States District Court
for the District of New Jersey

_____      :
                                                 :
**JOC, INC., ET AL.**                            :
       Plaintiff        :   Civil No.  08-5344
                                                 :
       vs.              :   Order of Reassignment
**EXXON MOBIL OIL CORPORATION, ET AL.**          :
       Defendant        :
_____      :

It is on this 22nd day of September  2010,

O R D E R E D that the entitled action is reassigned

from Judge Faith S. Hochberg to Judge Peter G. Sheridan.


       S/Garrett E. Brown, Jr.
       Garrett E. Brown, Jr., Chief Judge
       United States District Court